UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-251-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TEMEEKA NESHAUNE HONEY | ) | |

Upon motion of the United States, for the reasons stated in the Motion to Seal and for good cause shown, it is hereby ORDERED that the United States' Consent Motion to Continue Sentencing and proposed order [DE 145], as well as this motion to seal and the government's proposed order [DE 146], be sealed, except that a filed, stamped copy be provided to the United States Attorney's Office for the Eastern District of North Carolina, counsel for the defendant, and the U.S. Probation Office.

IT IS SO ORDERED, this  13th  day of  April , 2017.

_____
HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

1