IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:16-CR-251-FL-2

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CONSENT ORDER FOR RESTITUTION |
| TEMEEKA NESHAUNE HONEY | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 1593, 2259(b)(3), and 3664(h), and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes $190,000 in restitution, which shall be due and payable in full and immediately to victim T.W. Defendant and the United States further agree that Defendant's restitution shall be joint and several with codefendants William Maurice Saddler, Temeeka Neshaune Honey, and Bobby Ray Williams Jr., although Defendant's restitution shall not exceed $190,000. See 18 U.S.C. §§ 1593(b)(2), 3664(h). Finally, Defendant and the United States agree that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of

1

restitution and the joint and several liability, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $190,000 in restitution to victim T.W. in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this __31st__ day of July, 2018.

LOUISE W. FLANAGAN
United States District Judge

AGREED AND CONSENTED TO BY:

MICHAEL FITZPATRICK         7/25/18
Counsel for Defendant       Date

ROBERT J. HIGDON, JR.
United States Attorney

ERIN C. BLONDEL             7/30/18
Assistant United States Attorney   Date
Counsel for the United States